cv6-488 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00488-CV

Hill Culpepper and Brazos Auto Sales, Inc., Appellants

v.

Martha Culpepper; and Bruce Burleson, Successor Receiver of

the Estate of Wallace Culpepper, Deceased, Appellees

FROM THE COUNTY COURT OF BELL COUNTY

NO. 18,449, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

PER CURIAM

 Appellants, Hilton "Hill" P. Culpepper and Brazos Auto Sales, Inc., have notified this Court
by motion that the parties have agreed to rendition of a modified version of the trial-court judgment, thereby
settling the dispute underlying this appeal. They request dismissal of this appeal so that the trial court may
vacate and modify its judgment. We grant their motion to dismiss. See Tex. R. App. P. 59(a).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellants' Motion

Filed: December 5, 1996

Do Not Publish